JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELCHOR JUAREZ, | ) Case No. CV 12-6121-CJC (DTB) |
| Petitioner, | ) |
| vs. | ) **JUDGMENT** |
| AMY MILLER, Acting Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: October 9, 2013

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE